2jgmtbk (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Theodore Howard Maxwell<br>    Debtor(s) | ) Case No.: 15−40156−drd7<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without a trial or hearing.

IT IS ORDERED AND ADJUDGED: 1) The United States Trustees Motion for Disgorgement, Sanctions and for the imposition of a Civil Money Penalty is GRANTED IN PART and DENIED IN PART. 2)The Court finds that Prince Law, LLC has intentionally violated 11 U.S.C. § 526(a)(3); and 3) Within fourteen (14) days of the entry of this order, Prince Law, LLC is directed to pay a civil money penalty in the amount of $3,225 payable to the Chapter 7 Trustee as the representative of the Chapter 7 bankruptcy estate for distribution to creditors; and 4) Prince Law, LLC, its affiliates, and agents, are hereby permanently enjoined from acting as a Debt Relief Agency in the Western District ofMissouri and from filing or participating in the filing of any future bankruptcy cases in the United States Bankruptcy Court for the Western District of Missouri; and 5) The Court finds that Prince Law failed to comply with the mandatory provisions of 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b) requiring the disclosure of compensation in this case; and 6)Within fourteen (14) days of the entry of this order, Prince Law, LLC is directed to disgorge all fees retained by Prince Law related to this case ($1,100) to the Chapter 7 Trustee as the representative of the Chapter 7 bankruptcy estate for distribution tocreditors pursuant to 11 U.S.C. § 329(b)(1)(A); and 7) All other relief sought in the motion is DENIED.



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Kim McClanahan
        Deputy Clerk

Date of issuance: 11/23/15

Court to serve